No. 96–748. PATEL v. SCOTLAND MEMORIAL HOSPITAL ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–749. HARDY v. LOUISIANA DEPARTMENT OF SOCIAL SERVICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–751. SCIARRINO v. CITY OF KEY WEST. C. A. 11th Cir. Certiorari denied.

No. 96–755. HOUSE OF LLOYD, INC. v. FEDERAL INSURANCE CO. C. A. 8th Cir. Certiorari denied.

No. 96–756. BROAD v. SEALASKA CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–757. WARD v. CITY OF STREETSBORO ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–758. TAYLOR v. MCLENNAN COMMUNITY COLLEGE ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–762. RUSSELL v. CITY OF STRONGSVILLE. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 96–764. SHAW AGENCY ET AL. v. MORSTEIN. C. A. 11th Cir. Certiorari denied.

No. 96–771. LANE, CONSERVATOR OF THE ESTATE OF JAMERSON v. LANDELS, RIPLEY & DIAMOND ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 96–772. N. B., BY HER MOTHER AND NEXT FRIEND, D. G. v. ALACHUA COUNTY SCHOOL BOARD ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–773. HELLAND v. SOUTH BEND COMMUNITY SCHOOL CORPORATION. C. A. 7th Cir. Certiorari denied.

No. 96–774. GERTH v. SEARS, ROEBUCK & CO. C. A. 6th Cir. Certiorari denied.

No. 96–778. WILLIAMS NATURAL GAS CO. v. KANSAS PIPELINE PARTNERSHIP. Ct. App. Kan. Certiorari denied.